IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
   GEO EXPLORATION, LLC.,
                       Debtor.

Case No. 09-14024
Chapter 7

## MOTION FOR RULE 2004 EXAMINATION

Jerry Parent ('Parent'), an unlisted creditor of the debtor, files this motion for a Rule 2004 examination of Kris K. Agrawal ('Agrawal'), 4133 N. Lincoln Blvd., Okla. City, OK 73105, and in support states:

1. The above referenced Debtor filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code on July 27, 2009.

2. Parent is also Managing Member of Spoon Resources, LLC. ('Spoon'), which has a judgment against Debtor and Agrawal and other entities related to Debtor and to Agrawal in CJ-08-1209, Okmulgee County District Court, Oklahoma, which judgment filed April 3, 2009, declared that the Debtor and Agrawal "acting in concert and conspiracy, knowingly and willfully filed a false lien notice and disparaged Spoon's title in the Lease", referring to the subject Wilson oil and gas lease. Agrawal neglected to list Spoon or Parent as creditors in this matter.

3. Agrawal as the corporate representative of Debtor appeared at the §341 hearing on August 25, 2009, but was uncooperative with the assigned Trustee, Win Holbrook, and was ordered to appear at a continuance on Wednesday, October 21, 2009, at 0900 but failed to appear greatly inconveniencing the Trustee, Parent and several other creditors who had driven from as far away as the Oklahoma panhandle. Trustee Holbrook supports this motion for a Rule 2004 hearing.

4. Debtor and Agrawal should also produce the following relevant documents:

   a. All documents previously requested by Trustee Holbrook and U.S. Attorney Glidewell at the first §341 hearing as specifically stated in the official recording thereof, said documents to be delivered at the continuance on October 21, 2009, which Debtor and Agrawal contemptuously failed, neglected and refused to attend, and,

   b. All documents tending to support debtor's claims against Spoon

Resources, LLC. in general and debtor's lien notice in particular filed in Book 1963 at Page 255 with the County Clerk of Okmulgee County, Oklahoma.

    **5.**    Rule 2004 of the Federal Rules of Bankruptcy Procedure provides, *inter alia,* that, on motion, the court may order the examination of any person, and the person may be compelled to produce documents.

WHEREFORE, Jerry Parent, Creditor, for himself and for Spoon, requests the Court issue its order directing Kris Agrawal to attend a Rule 2004 examination at 1000 A.M., on November 23, 2009, in the offices of Delluomo and Crow at 5617 N. Classen Blvd., Okla. City, OK 73118 and produce the documents above requested.

                                        */s/ Jerry Parent*
                                        Jerry Parent, Individually and as
                                        Managing Member of Spoon.
                                        102 W. Polk St.
                                        McAlester, OK 74501
                                        Ph: 405.474.7455

## CERTIFICATE OF SERVICE

I hereby certify that on October 26th, 2009, a copy of this Motion was served via first class mail, postage prepaid, to:

Geo Exploration, LLC                    Win Holbrook, Esq.
Kris Agrawal                                100 N. Broadway, Suite 3300
4133 N. Lincoln Blvd                    Okla. City, OK 73102
Okla. City, OK 73105

All others on the case mailing matrix as required. Via U.S. Mail

                                        */s/ Jerry Parent*
                                        Jerry Parent

Jason Cox
P.O.B. 171
Newcastle, OK 73065-0171

Jason Green
912 S. Taft Street
Tulsa, OK 74147

John Lewis Well Service
P.O.B. 67
Sasakwa, OK 74867-0067

Josh Davis
35986 E. hwy 270
Seminole, OK 74868-6908

Justin Holland
3513 Oak Cliff Drive
Oklahoma City, OK 73135-1319

Kris Agrawal
4133 N. Lincoln Blvd.
Oklahoma City, OK 73105-5208

LJWS Rental Tool & Trucking
P.O.B. 1025
Perryton, TX 79070-1025

Lively Electric
Hwy 270B W
Wewoka, OK 74884

Mike Walker
3400 S.E. 27th Street
Del City, OK 73115-1618

Mills Well Service
P.O.B. 871
Seminole, OK 74818-0871

Nichols Water Services
c/o Jerry Venables
P.O.B. 340
Beaver, OK 73932-0340

O.K. Cementing
c/o James Neal
P.O.B. 1628
Ada, OK 74821-1628

OG&E
Box 24990
Oklahoma City, OK 73124-0990

Oklahoma Corporation Commission
2101 N. Lincoln Blvd.
Oklahoma City, OK 73105-4993

Perkins Petroleum
P.O.B. 1078
Guymon, OK 73942-1078

Rawhide Well Service
P.O.B. 1988
Cody, WY 82414-1988

Ray Vincent
430 N.W. 11th Street
Oklahoma City, OK 73103-3914

Ricardo Polio
3485 East 41st
Oklahoma City, OK 73129

Sulphur Well Services
3838 Oak Lawn Ave.
Ste. 910
Dallas, TX 75219-4510

Victor Grider
701 N.W. 13th Street
Oklahoma City, OK 73103-2206

David M. Roberts
 Affiliated Legal Services, Inc.
4200 Perimeter Center, Suite 245
Oklahoma City, OK 73112-2322

Herbert M. Graves
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3440

L. Win Holbrook
Andrews Davis
100 North Broadway Suite 3300
Oklahoma City, OK 73102-8812

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)J & L Cementing Service
c/o John Coffey
1001 N.W. 63rd Street

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53

Label Matrix for local noticing
1087-5
Case 09-14024
Western District of Oklahoma
Oklahoma City
Fri Sep 18 15:07:48 CDT 2009

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3440


Blowout Tools
P.O.B. 96058
Oklahoma City, OK 73143-6058


CF Supply LLC
P.O.B. 1385
Liberal, KS 67905-1385


City of Oklahoma City
P.O.B. 26570
Oklahoma City, OK 73126-0570


Dustin Pannell
C/O Oklahoma Depart of Labor Legal Divis
3017 N. Stiles
Oklahoma City, OK 73105-2811


Fesco, Ltd
c/o Susan Meinders
2201 S. Main Street
Hope, AR 71801


General, Inc.
P.O.B. 504
Laverne, OK 73848-0504


Harris Engine & Compressor Service
P.O.B. 2616
Liberal, KS 67905-2616


J & R Service
P.O.B. 781
Woodward, OK 73802-0781

Geo Exploration, LLC.
4133 N. Lincoln Blvd.
Oklahoma City, OK 73105-5208


A & J Acid Inc.
P.O.B. 758
Blackwell, OK 74631-0758


Bostic Services
P.O.B. 536
Crescent, OK 73028-0536


Case Wire Line
P.O.B. 646
Woodward, OK 73802-0646


DCP Minerals
6120 S. Yale, Ste. 1100
Tulsa, OK 74136-4200


Eagle Well Service
d/b/a Bronco Energy Services
6601 S.W. 29th Street
Oklahoma City, OK 73179-6004


Foster Testing Co.
P.O.B. 728
Perryton, TX 79070-0728


Gilbert Ventura
348 S.E. 44th Street
Oklahoma City, OK 73129


Hough Oil Field Service
P.O.B. 1603
Cushing, OK 74023-1603


JACAM Chemicals LLC
205 S. Broadway
Sterling, KS 67579-2339

Great White Pressure Pumping, LLC
4500 S.E. 59th Street
Oklahoma City, OK 73135-3326


Bill Henson Pulling Unit
8931 South Erie
Tulsa, OK 74137-3546


Burleson Pump Company
21207 S. Prospect
Oklahoma City, OK 73129


Christopher Holland
8810 N. Henley
Oklahoma City, OK 73131-4006


DJF Services, Inc.
P.O.B. 150
Holdenville, OK 74848-0150


F & F Tool Company
c/o Michael Bigheart
202 W. Broadway
Enid, OK 73701-4048


General Holdind Corporation
4133 N. Lincoln Blvd.
Oklahoma City, OK 73105-5208


Gore Nitrogen
P.O.B. 65
Seiling, OK 73663-0065


Israel Harrison
35986 E. HWY 270
Seminole, OK 74868-6908


Jack's Flex Pipe
P.O.B. 71
Konawa, OK 74849-0071