

Dated: December 01, 2009 13:06:34

The following is ORDERED:

Richard L. Bohanon
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   GEO EXPLORATION, LLC.,   )
                                  )   Case No. 09-14024-BH
            Debtor.               )   Chapter 7

ORDER GRANTING MODIFICATION OF STAY AND
ABANDONMENT OF PROPERTY

THIS MATTER comes before the Court pursuant to Prime Rate Premium Finance Corporation, Inc.'s (hereafter "Prime Rate") Motion to Modify Stay and for Abandonment of Property("Motion"). Prime Rate appears by and through its attorney of record, John W. Mee III of the firm MEE MEE HOGE & EPPERSON PLLP. Counsel represents that the Motion was filed on November 12, 2009, served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was November 30, 2009, which has passed with no objection thereto being served and filed. Therefore, the Motion should be granted.

IT IS THEREFORE ORDERED THAT Prime Rate is hereby granted relief from the Automatic Stay of Title 11 U.S.C. §362, as to the Unearned Premiums more particularly defined in said Motion, and the Debtor; and Prime Rate is permitted to cancel the policies referenced in the Motion, and exercise its rights to recover the Unearned Premiums.

IT IS FURTHER ORDERED THAT said Unearned Premiums are deemed abandoned from the bankruptcy estate.

IT IS FURTHER ORDERED THAT the stay of orders granting relief from an automatic stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does <u>not</u> apply to this Order.

###

APPROVED:

 /s/ John W. Mee III
JOHN W. MEE III, OBA# 013915
MEE MEE HOGE & EPPERSON PLLP
1900 NW Expressway, Suite 1400
Oklahoma City, OK  73118
Telephone:    (405) 848-9100
Facsimile:    (405) 848-9101
ATTORNEYS FOR PRIME RATE
PREMIUM FINANCE CORPORATION, INC.